1  Jacob J. Rivas, No. 208504
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants OFFICERS A. FERGUSON, #849, T. MCBRIDE, #889, ERIC MATLOCK, and CITY OF BAKERSFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| ABEL A. SIXTOS, | Case No. CIV-F-04-5994 TAG |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER** |
| vs. | |
| CITY OF BAKERSFIELD; A. FERGUSON, BADGE #849; T. MCBRIDE, BADGE #889; ERIC MATLOCK; and DOES 1 through 30, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants OFFICERS A. FERGUSON, #849, T. MCBRIDE, #889, ERIC MATLOCK, and CITY OF BAKERSFIELD, be dismissed with prejudice in exchange for consideration of $24,999, and in accordance with a waiver of costs in this matter.

Dated: May 6, 2005.                           MARDEROSIAN, RUNYON, CERCONE
                                              LEHMAN & ARMO

                                                     /s/ Jacob J. Rivas
                                              By:_____
                                                 JACOB J. RIVAS,
                                                 Attorney for defendants above-named.

Sixtos v. City of Bakersfield, et al.
Case No. CIV-F-04-5994 REC TAG

Dated: May 4, 2005.                                      FAULKNER LAW OFFICES

                                                         /s/ Kathleen Ellis Faulkner

                                                         By: _____
                                                         KATHLEEN ELLIS FAULKNER,
                                                         Attorney for plaintiff above-named.

### ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   May 19, 2005**                     /s/ Theresa A. Goldner
j6eb3d                                        UNITED STATES MAGISTRATE JUDGE

Sixtos v. City of Bakersfield, et al.
Case No. CIV-F-04-5994 REC TAG                    2